USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BRIGHT KIDS NYC INC.,

                        Plaintiff,          **ORDER SCHEDULING TELEPHONE CONFERENCE**

   -against-

                                      **19-CV-1175 (JMF)**

TAYLOR KELLY, et al.,

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 101). A telephone conference will be held on **Monday, February 1, 2021 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: January 15, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge