```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
BRIGHT KIDS NYC INC.,                                 :
                                                      :
                        Plaintiff,                    :
                                                      :      19-CV-1175 (JMF)
                -v-                                   :
                                                      :      ORDER
TAYLOR KELLY, et al.,                                 :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 23, 2020, Defendant Alina Adams filed her Amended Answer and Counterclaims.  *See* ECF No. 93.  On January 15, 2021, the Court noted that Plaintiff had not yet responded to the Counterclaims and *sua sponte* granted Plaintiff a *nunc pro tunc* extension, ordering her to do so by January 22, 2021.  ECF No. 100, at 6.  Plaintiff did not answer or otherwise respond to the Counterclaims even by the extended deadline.  Accordingly, on January 25, 2021, the Court ordered that any motion for default judgment with respect to the Counterclaims be filed no later than February 8, 2021.  ECF No. 103.  On January 31, 2021, Adams filed a submission styled as a "Motion for Entry of Default," *see* ECF No. 104, but the Court denied the motion as procedurally improper and directed Adams to seek a Certificate of Default from the Clerk's Office before moving for entry of a default judgment, *see* ECF No. 105.  To date, Adams has not done so.

The parties are hereby ORDERED to appear for a conference on **February 17, 2021**, at **4:00 p.m.** to advise the Court as to the parties' intentions regarding the Counterclaims.  The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's

Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

SO ORDERED.

Dated: February 9, 2021
      New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge