USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIGHT KIDS NYC INC.,

                    Plaintiff,

   -against-

TAYLOR KELLY, et al.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT STATUS CONFERENCE**

**19-CV-1175 (JMF) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Settlement Status Conference in this matter scheduled for **Thursday, July 1, 2021 at 12:45 p.m.** is hereby adjourned *sine die*.

       **SO ORDERED.**

Dated: June 30, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge