UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRIGHT KIDS NYC INC.,

                              Plaintiff,

            -against-

TAYLOR KELLY, et al.,

                              Defendants.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 7/20/2021

**ORDER SCHEDULING**
**SETTLEMENT STATUS**
**CONFERENCE**

**19-CV-1175 (JMF) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A follow up settlement call in this matter is hereby scheduled for August 10, 2021 at

2:00 p.m.  Counsel for the parties are directed to call Judge Parker's court conference line at the

scheduled time.  Please dial (866) 434- 5269, Access code: 4858267.  The parties need not

attend this call.

        **SO ORDERED.**

Dated: July 20, 2021
        New York, New York

_____

KATHARINE H. PARKER
United States Magistrate Judge