```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BRIGHT KIDS NYC INC.,                                             :
                                                                  :
                                Plaintiff,                        :
                                                                  :           19-CV-1175 (JMF)
        -v-                                                       :
                                                                  :              ORDER
TAYLOR KELLY, et al.,                                             :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed on the record during today's conference:

1. Discovery in this case is now closed.

2. No later than **August 23, 2021**, Plaintiff shall file a motion to dismiss its claims against Defendant Alina Adams and to dismiss Defendant Adams's counterclaims for lack of jurisdiction. Defendant Adams shall file any opposition by **August 30, 2021**. Plaintiff shall file a reply, if any, by **September 2, 2021**.

SO ORDERED.

Dated: July 28, 2021
       New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge