**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIGHT KIDS NYC INC.,

                Plaintiff,

  -against-                                  19 **CIVIL** 1175 (JMF)

                                            **JUDGMENT**

TAYLOR KELLY, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 2, 2021, upon review of the parties' submissions, Bright Kids's motion is GRANTED substantially for the reasons set forth in its motion papers. Bright Kids's motion to dismiss its own claims against Adams with prejudice is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 2, 2021

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                          **BY:**        K. Mango

                                                      **Deputy Clerk**